

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00158-CV

IN THE INTEREST OF O.S. AND U.S., CHILDREN

§ On Appeal from the 393rd District Court

§ of Denton County (18-0987-393)

§ March 6, 2025

§ Memorandum Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's modification judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Mother shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell